## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Athanasia Sgouris,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Nelson, Watson & Associates, L.L.C.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 3:09-cv-01447-RNC |

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local rule 16.1 and in preparation for the scheduling conference, counsel for the Plaintiff and Defendant hereby submit to the Court this Joint Statement:

**A.**  **Brief Summary of the Case**

The following is alleged by the Plaintiff. Nelson, Watson & Associates, L.L.C. and Does 1-10, inclusive ("Defendants" or "NWA"), contacted the Plaintiff to collect a consumer debt. In their attempt to collect the debt, Defendants allegedly communicated to the Plaintiff that failure to satisfy the Debt could result in "criminal penalties." Plaintiff alleges these actions violated numerous provisions of the Fair Debt Collection Practices Act and the Connecticut Unfair Trade Practices Act. The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendants' unlawful tactics.

The Defendants deny any wrongdoing.

**B.**  **Status of Service**

Defendants have been served and have responded.

**C.**  **Possible Joinder of Additional Parties**

Joinder of additional parties is not contemplated at this time.

**D.**  **Contemplated Amendment to Pleadings**

Amendment to the pleadings is not contemplated at this time.

E. **Basis for Jurisdiction and Venue**

Jurisdiction is appropriate pursuant to 15 U.S.C. §1692, *et. seq.* ("FDCPA"). Venue is proper under 28 USC section 1391(b) because Defendants transact business in Connecticut and a substantial portion of the acts giving rise to this action occurred in Connecticut.

F. **Anticipated Motions and Scheduling of Motions**

No motions are contemplated at this time nor anticipated before the completion of discovery.

G. **Anticipated Discover**

1. **Initial Discovery**

2. The parties will exchange their initial disclosures within two weeks from the date of the Scheduling Conference.

3. **Subjects of Discovery**

    i. The Plaintiff requires disclosure of Defendant's debt collection file, servicing records, call and letter records, recorded conversations, proof of ownership of the alleged debt or proof the alleged debt was transferred to the Defendant for collection and disclosure of the original instrument by which the debt was incurred. The Plaintiff also requires all documentation forming the basis of the affirmative defenses raised by the Defendant. The Defendant will require discovery from the Plaintiff regarding any and all communication between the Plaintiff and the Defendant and any witnesses to said communication; the Plaintiff's history, if any, of utilizing the FDCPA; the Plaintiff's alleged actual damages and alleged emotional distress damages.

**H.**     **Proposed Discovery Schedule**

| | |
|---|---|
| Initial Disclosures to be completed by: | *April 19, 2010.* |
| Fact Discovery to be completed by: | *October 5, 2010.* |
| Expert Disclosures to be completed by: | *November 5, 2010.* |
| Expert Discovery to be completed by: | *December 6, 2010.* |
| Motion cut-off date | *January 5, 2011.* |

**I.**     **Estimate of Trial Time**

    i. The Plaintiff estimates one to one and a half days for completion of case in chief. The Plaintiff may require a half day for cross-examination and a half day for rebuttal. The Defendant estimates 1-2 to present its defense.

**J.**     **Rule 16.1(d)(3) Certification**

The undersigned do affirm on behalf of each party that they, and their party's counsel have conferred with a view to establishing a budget for the costs of conducting the full course, including alternative courses, of the litigation and have considered resolution of the litigation through the use of alternative dispute resolution programs.

DATED: April 5, 2010

By: /s/ Michael J. Dugan

Michael J. Dugan, Esq. (CT 18669)
Litchfield Cavo, LLP
40 Tower Lane, Suite 200
Avon, CT 06001
860-255-5565
Fax: 860-255-5566
Email: dugan@litchfieldcavo.com
*Attorneys for Defendant*
Nelson, Watson & Associates, L.L.C.


DATED: April 5, 2010

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq. (CT 425027)
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Email: slemberg@lemberglaw.com
*Attorneys for Plaintiff*
Athanasia Sgouris