UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ATHANASIA SGOURIS                    :        2010 OCT 14 A 8:00
                                     :
        Plaintiff,                   :
                                     :        CASE NO. 3:09CV1447 (RNC)
V.                                   :
                                     :
NELSON WATSON & ASSOCIATES,          :
LLC                                  :
                                     :
                                     :
        Defendant.                   :

ORDER

The parties have reported that this action has been settled in
full.   Rather than continue to keep the case open on the docket,
the Clerk is directed to administratively close the file without
prejudice to reopening on or before November 12, 2010.

If the parties wish to file a stipulation of dismissal (for
approval by the court or simply for inclusion in the court's file),
they may do so on or before November 12, 2010.

The dates set forth in this order may be extended for good
cause pursuant to a motion filed in accordance with Local Rule
7(b).

So Ordered.

Dated at Hartford, Connecticut this 13th day of October 2010.

/s/ Robert N. Chatigny, USDJ
Robert N. Chatigny
United States District Judge